UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON P. REED
DC R21180

    Plaintiff,

v.                                                 Case No.

FLORIDA DEPT. OF CORRECTIONS;
FLORIDA DEPT. OF FINANCIAL SERVICES;
and CENTURION HEALTH OF FLORIDA,

    Defendants.

**DEFENDANT CENTURION OF FLORIDA, LLC'S, NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Centurion of Florida, LLC (Centurion)[1] files this Notice of Removal for the purpose of removing the above-captioned case from the Circuit Court of the Third Judicial Circuit in and for Madison County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division.

Centurion appears for the limited purpose of removing this action from state court and reserves the right to raise all defenses and objections in this action after removal to this Court. As grounds for this Notice of Removal, Centurion states as follows:

**COMMENCEMENT OF ACTION IN STATE COURT**

1.    On or about November 14, 2019, Plaintiff Jason Philip Reed (DC # 21180) (Reed) filed a complaint[2] in the above-styled action in the Circuit Court of the Third Judicial Circuit in and for Madison County, Florida, Case No. 19-99-CA. (*See* State Court File, attached as Ex. A.)

2.    Reed served the complaint on Centurion on November 14, 2019. The summons and

---

[1] Incorrectly named Centurion Health of Florida, LLC, in the complaint.
[2] Reed titled his complaint, "Notice of Claim of Action to be Filed." (*See* Ex. A at 5.)

complaint are the only process, pleading, or other papers served upon Centurion to date.[3]

**JURISDICTION—GROUND FOR REMOVAL—FEDERAL QUESTION**

3. This case is properly removable pursuant to 28 U.S.C. § 1441(a), which provides, in pertinent part,

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4. This Court has original jurisdiction over all civil actions "arising under the Constitution, laws, or treaties of the United States" in accordance with 28 U.S.C. § 1331.

5. As part of his complaint, Reed, who at the time he filed the complaint was incarcerated at Madison Work Camp, Madison, Florida, alleges Centurion acted with "deliberate indifference" by failing to provide him appropriate post-surgical care and failing to reinstate his "restricted activity passes." (*See* Ex. A at 7.) It is clear that to prevail on his claim, Reed must prove that Centurion violated the Eight Amendment to the United States Constitution. Since Reed's complaint depends upon an interpretation of the Constitution, federal question jurisdiction is present, and this case is properly removable under 28 U.S.C. § 1441(a). *See also Simmons v. Fla. Dept. of Corr.*, 2016 WL 7116212, at *7 (M.D. Fla., Apr. 20, 2016) (finding federal question jurisdiction where Plaintiff's complaint asserted a claim under Eighth Amendment to the United States Constitution).

6. To the extent Reed's complaint alleges state law claims, this Court has supplemental jurisdiction over such claims because they are so related to Reed's federal claims that they form part of the same case or controversy. *See* 28 U.S.C. § 1367.

---

[3] Centurion notes Reed previously filed a complaint in this Court against Centurion, several Centurion employees, and a Florida Department of Corrections employee, arising out of the same factual circumstances. *See Reed v. Centurion Health of Florida, et al.*, Case No. 4:18cv472-WS/CAS (N.D. Fla., filed May 23, 2019). That case remains pending before the Court.

2

## PROCEDURAL REQUIREMENTS

7. **Timeliness**: Under 28 U.S.C. § 1446(b)(2)(B), "Each defendant shall have 30 days after receipt . . . of the initial pleading . . . to file the notice of removal." Reed served the complaint on November 15, 2019. Therefore, this Notice of Removal, filed on December 4, 2019, is timely.

8. **Venue**: Venue is proper in this district under 28 U.S.C. § 1441(a) because the United States District Court of the Northern District of Florida, Tallahassee Division, is the federal district court for the district and division within which the above-referenced state court action is currently pending.

9. **Signature**: This Notice of Removal is signed pursuant to Rule 11, Fed. R. Civ. P. *See* 28 U.S.C. § 1446(a).

10. **Pleadings and Process**: As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Centurion is attached as **Exhibit A**.

11. **Notice**: In accordance with 28 U.S.C. § 1446(a), Centurion will file with the Clerk of the Circuit Court of the Third Judicial Circuit in and for Madison County, Florida, a Notice of Filing of Notice of Removal and is contemporaneously giving notice to Reed of this removal.

**WHEREFORE**, Defendant Centurion removes the action pending against it in the Circuit Court of the Third Judicial Circuit in and for Madison County, Florida, to the United States District Court for the Northern District of Florida.

Respectfully submitted this 4th day of December, 2019.

*s/Brian A. Wahl*
Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue, N
Birmingham, AL 35203
Tel: (205) 521-8800
bwahl@bradley.com

Eliot B. Peace (FBN 124805)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200

Tampa, Florida 33602
Tel: (813) 559-5500
epeace@bradley.com

*Attorneys for Defendant Centurion of Florida, LLC*

4

## **CERTIFICATE OF SERVICE**

      I certify that on December 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and mailed the same via U.S. Mail, postage prepaid, to

Jason P. Reed
DC # R21180
Madison Work Camp
382 SW MCI Way
Madison, FL 32340

Jason P. Reed
DC # R21180
Bridges of Jacksonville CRC
601 Agmac Avenue
Jacksonville, FL 32254

                                            *s/Brian A. Wahl*
                                            Brian A. Wahl

                                            *Attorney for Defendant Centurion of Florida, LLC*