IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JASON P. REED,**

    **Plaintiff,**

v.                                     Case No.  4:19cv585-MW/MAF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order." The Clerk shall also close the file.

**SO ORDERED on May 5, 2020.**

                                             s/Mark E. Walker_____ ____
                                             **Chief United States District Judge**